IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 10-CV-165-C ) |
| TIMOTHY ROBINSON, | ) ) |
| Defendant. | ) ) ) |

ORDER

Upon the application of the United States,

IT IS HEREBY ORDERED, that petitioner, Timothy Robinson, has waived his attorney-client privilege as to all communications relating to his claim that counsel failed to file a notice of appeal after being instructed to do so.

Dated this 19th day of July, 2010.

Barbara B. Crabb
BARBARA B. CRABB
United States District Judge