IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY ROBINSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-165-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that petitioner Timothy Robinson's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 is granted and the judgment and commitment order entered on March 13, 2009 is vacated and reinstated as of July 21, 2010.

_____
Peter Oppeneer, Clerk of Court

7/22/10
Date